**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LATRISHA BRINSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-149-Orl-31KRS**

**BREVARD EMERGENCY SERVICES,**
**P.A. and SHERILL SPACCIO,**

        **Defendants.**
_____

## ORDER

Upon consideration of Plaintiff's Renewed Motion for Final Judgment as to Counts I and III of the Complaint (Doc. 41), it is

**ORDERED** that the Motion is GRANTED. The Clerk is directed to enter judgment for Plaintiff and against Defendants, jointly and severally, in the amount of $3,500. The Court reserves jurisdiction to determine appropriate fees and costs. This case is removed from the June trial docket and the pretrial conference is cancelled.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 25, 2006.

                                                               GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party