# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LATRISHA BRINSON,**

        **Plaintiff,**

**-vs-**                                                                              Case No.  6:05-cv-149-Orl-31KRS

**BREVARD EMERGENCY SERVICES,
P.A. and SHERILL SPACCIO,**

        **Defendants.**

_____

# ORDER

On August 8, 2006, Magistrate Judge Spaulding issued a Report and Recommendation (Doc. 47) regarding Plaintiff's Motion for Award of Attorney's Fees and Costs (Doc. 44). Defendants filed timely objections to the Report and Recommendation (Doc. 49). The crux of Defendants' objection is that Plaintiff has failed to meet her burden of apportioning fees between the FLSA claims (Counts I and III) and the wrongful discharge claims (Counts II and IV).

Defendants' objection is well-founded. Plaintiff has been compensated for attorney's fees expended in prosecuting Counts II and IV, and Plaintiff is contractually barred from seeking a duplicate recovery. It is not Defendants' burden to apportion the hours expended on the subject claims (I and III). Contrary to the Magistrate Judge's observation, this situation is not analogous to dissecting fee applications into winning and losing hours. Rather, the obligation here is to ensure that Plaintiff's counsel is not compensated twice for the same winning hours.

Accordingly, Defendants' objections are SUSTAINED, and this matter is remanded to the Magistrate Judge to apportion hours expended prior to December 22, 2005 between Counts I and III on the one hand and Counts II and IV on the other.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 27, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party