IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LATRISHA BRINSON,

    Plaintiff,                    CASE NO: 6:05-cv-149-Orl-31KRS

vs.

BREVARD EMERGENCY SERVICES, P.A.
and SHERILL SPACCIO,

    Defendants.
_____

### NOTICE OF SETTLEMENT

COME NOW the parties to this action, by and through their respective counsel, and notify this Court that the parties have amicably resolved the remaining issues present in this action as described in this Court's September 28, 2006 Order (D.E. # 51).

                              /s/ John W. Bolanovich
                              JOHN W. BOLANOVICH, ESQ.
                              Florida Bar No. 0143707
                              Bogin, Munns & Munns
                              2601 Technology Drive
                              Orlando, Florida 32804
                              (407) 578-1334
                              (407) 578-2347 fax
                              Counsel for Plaintiff
                              jbolanovich@boginmunns.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon the Defendants to Jennifer K. Birmingham, Esq., P. O. Box 3511, Orlando, Florida 32802, this 16th day of October 2006.

                              /s/ John W. Bolanovich
                              JOHN W. BOLANOVICH, ESQ.