UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LATRISHA BRINSON,

        Plaintiff,                CASE NO.: 6:05-cv-149-Orl-31KRS

v.

BREVARD EMERGENCY SERVICES, P.A.
and SHERRILL SPACCIO,

        Defendants.
_____/

## SETTLEMENT AGREEMENT REGARDING FEES AND COSTS

It is hereby agreed between the Plaintiff and the Defendants as follows:

1. The parties recognize that continued litigation associated with the attorney's fees and costs incurred by the Plaintiff is not in their best interest and that to settle amicably is in their best interests. Neither party admits or acknowledges any liability or wrongdoing on their part.

2. Plaintiff agrees that she has been compensated for the attorney's fees and costs associated with the litigation of Counts II and IV of her Complaint by virtue of the terms and provisions of the Mediated Settlement Agreement (Docket #45-4) entered into by the parties on April 7, 2006.

3. Defendants agree to pay and the Plaintiff will accept the sum of $8,000.00 in full and complete settlement of all remaining claims of attorney's fees and costs associated with this litigation, and particularly with Counts I and III of her Complaint. Defendants agree to pay the settlement funds subject to this agreement directly to the law firm of Bogin, Munns, & Munns, P.A.

4. Plaintiff's counsel agrees that Bogin, Munns, Munns, P.A. will be responsible for any taxes attributable to this settlement, if any.

5. The parties agree and stipulate that there are no remaining unresolved issues in this matter and that this settlement concludes all issues raised in the litigation of this matter.

6. The parties agree that this Agreement may be executed simultaneously in counterparts each of which shall be deemed an original, but which shall collectively constitute one and the same instrument.

Dated:_____

_____
Latrisha Brinson

Dated: 11/6/06

_____
John W. Bolanovich, Esq., as Attorney for Plaintiff

Dated: 11/6/2006

_____
Brevard Emergency Services by Michael Shapiro, M.D.

Dated: 11-6-06

_____
Sherrill Spaccio

Dated: 11/6/06

_____ 898481
Jennifer K. Birmingham, Esq., as Attorney for Defendants