# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LATRISHA BRINSON,**

       **Plaintiff,**

**-vs-**                                **Case No. 6:05-cv-149-Orl-31KRS**

**BREVARD EMERGENCY SERVICES,
P.A. and SHERILL SPACCIO,**

       **Defendants.**
_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement (Doc. 56), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party